IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN A. FAIRWEATHER, | : | No. 3:24cv55 |
| Plaintiff | : | (Judge Munley) |
| v. | : | (Magistrate Judge Schwab) |
| COMFORT SUITES and CHOICE HOTELS, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 23rd day of February 2024, it is hereby **ORDERED** as follows:

1) The analysis of Magistrate Judge Susan E. Schwab's Report and Recommendation of January 23, 2024 (Doc. 9) is **ADOPTED**, the original complaint, however, is not dismissed as it was superseded by plaintiff's amended complaint;

2) Plaintiff's Amended Complaint is **DISMISSED** with prejudice for failure to properly assert this court's jurisdiction as explained in the Report and Recommendation; and

3) The Clerk of Court is directed to close this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court